EDMUND COFFIN, Jr., Appellant, *v.* JOHN SCOTT et al., Respondents.

(Argued June 7, 1886 ; decided June 8, 1886.)

*John C. Shaw* for appellant.

*David J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.